UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE: Fosamax Products Liability  :
Litigation, 1:06-md-1789  (JFK)    :                Order
------------------------------------------------------------x
*This Document Relates to*: All Actions  :
                                         :
------------------------------------------------------------x

**JOHN F. KEENAN, United States District Judge:**

      Section 2(a) of the Court's practices generally requires a pre-motion conference before a party may make any motion.  This requirement is hereby waived with respect to motions to remand filed in this multi-district litigation because the jurisdictional issues typically raised by such motions can be resolved more efficiently without a conference.  Accordingly, it is ORDERED that plaintiffs may file motions to remand without first requesting a pre-motion conference.

SO ORDERED.

Dated:   New York, New York
         November 14, 2007

                                          /s/ John F. Keenan
                                          JOHN F. KEENAN
                                   United States District Judge