Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation         1:06-md-1789 (JFK)

-----------------------------------------------------------x
*This Document Relates to:*
Juan Vasquez, et al.
v. Merck & Co., Inc.
Case No: 1:07-cv-7295-JFK

-----------------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in the above captioned case and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of the above named Plaintiffs to voluntarily dismiss with prejudice their claims against Merck in the above-captioned case and the agreement of Merck not to seek from Plaintiffs its fees and costs, the following Plaintiffs are hereby dismissed from the above captioned case with prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

> Ann Mueller
> Brenda Hayward
> Brenda Wilner
> Carol Adams
> Elena Iniguez

BA2/336515

        Evelyn Niland
        Jean Chemelli
        Joan Schultz
        La Priel Martin
        Marjorie Christensen
        Michelle Ward
        Nobuko Rahe
        Patricia L'Heureux
        Patsy Martin
        Rhita Shepherd
        Ronald Carter
        Sandra Schumsky

2.     Each party is to bear its own costs and attorneys' fees.

BA2 336515

Dated: February 22, 2008

| PHILLIPS & ASSOCIATES | HUGHES HUBBARD & REED LLP |
|---|---|
| By _____ | By _____ |
| Lowell W. Finson | Theodore V. H. Mayer (TM 9748) |
| 3030 N. Third St. | One Battery Park Plaza |
| Suite 1100 | New York, New York 10004 |
| Phoenix, AZ 85012-3049 | (212) 837-6888 |
| (602) 258-8900 ext. 295 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Merck & Co, Inc* |

SO ORDERED: John F. Keenan 3/14/08
Hon. John F. Keenan

BA2/336515