Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:                                                    :
Fosamax Products Liability Litigation       :        1:06-md-1789 (JFK)
                                                               :
-----------------------------------------------------------x
*This Document Relates to:*                        :
Juan M. Vasquez, et al.                              :
v. Merck & Co., Inc.                                   :
Case No: 1:07-cv-7295-JFK                      :
                                                               :
-----------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in the above-captioned case and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1.  This case having been resolved upon the agreement of the Plaintiffs in the above-captioned case to voluntarily dismiss with prejudice their claims against Merck and the agreement of Merck not to seek from Plaintiffs its fees and costs. The following Plaintiffs are hereby dismissed from the above-captioned case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

BA2/340323

    George Adams;
    Gerald R. Schultz;
    Todd Christensen;
    Bret Ward;
    James L'Heureux; and
    James Martin.

 2. Each party is to bear its own costs and attorneys' fees.

Dated: ~~August~~ September 9, 2008

| PHILLIPS & ASSOCIATES | HUGHES HUBBARD & REED LLP |
|---|---|
| By_____ | By_____ |
| Lowell W. Finson | Theodore V. H. Mayer (TM 9748) |
| 3030 N. Third St. | One Battery Park Plaza |
| Suite 1100 | New York, New York 10004 |
| Phoenix, AZ 85012-3049 | (212) 837-6888 |
| (602) 258-8900 ext. 295 | |
| | *Attorneys for Defendant Merck & Co, Inc.* |
| *Attorneys for Plaintiff* | |

SO ORDERED: _____John F. Keenan_____ 9/11/08
     Hon. John F. Keenan

BA2/340323